IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO: |
| | : | 7:25-CR-15–WLS-ALS-1 |
| | : | |
| SABINO GOMEZ, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court intends to notice this case for the February 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Wednesday, November 26, 2025**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

SO ORDERED, this 14th day of November 2025.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1