IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA,          :
                                   :
          v.                       :          CASE NO:
                                   :          7:25-CR-15–WLS-ALS-1
                                   :
SABINO GOMEZ,                      :
                                   :
          Defendant.               :
                                   :

_____

## ORDER

The Court intends to notice this case for the August 2026 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, May 29, 2026**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

SO ORDERED, this 15th day of May 2026..

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT